**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDON ANDREW LACURTS, | : | |
| Plaintiff, | : | No. 22-cv-2776-JMY |
| | : | |
| vs. | : | |
| | : | |
| PRIMECARE PSYCH DOCTOR ARLYN, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of August 2023, upon review of the docket and it appearing that Plaintiff has failed to serve process on Defendant, Primecare Psych Doctor Arlyn, it is hereby ORDERED that:

1. This action is *sua sponte* **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) for failure to file proof of service of the Summons and Complaint upon Defendant pursuant to Federal Rule of Civil Procedure 4(m);

2. The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail) copies of this Order to Plaintiff at the mailing address that Plaintiff has identified on the docket; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

   /s/ John Milton Younge
**Judge John Milton Younge**